**Order entered April 23, 2019**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00412-CV

### IN THE INTEREST OF A.M., A CHILD

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-13-09918-R

## ORDER

Before the Court is appellant's April 19, 2019 unopposed motion for an extension of time to file a notice of appeal. We **GRANT** the motion. We deem the notice of appeal timely filed in the trial court on April 4, 2019. *See* TEX. R. CIV. P. 21(f)(5).

Also before the Court is the April 22, 2019 request of Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **April 24, 2019**.

/s/    BILL WHITEHILL
        JUSTICE